**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------- X

COUNTY OF ALBANY, NEW YORK,

             Plaintiff,

   v.

ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMRX INC.; OPTUMINSIGHT, INC.,

             Defendants.

------------------------------------- X

**Case No.: 1:22-CV-00981-DNH-CFH**

**STIPULATION AND ORDER EXTENDING PAGE LIMIT FOR BRIEF IN SUPPORT OF MANUFACTURER DEFENDANTS' MOTION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between the undersigned counsel for Plaintiff County of Albany, New York ("Plaintiff") and Defendants Eli Lilly and Company; Novo Nordisk Inc.; and Sanofi-Aventis U.S. LLC (collectively, "Manufacturer Defendants"), that Manufacturer Defendants may file a brief not exceeding 35 pages in length in support of their motion to dismiss.

1

Dated: Miami, Florida  
April 11, 2023

**KOZYAK TROPIN & THROCKMORTON**

By: */s/ Benjamin Widlanski*  
Benjamin Widlanski (Bar Roll No. 703741)  
2525 Ponce De Leon Boulevard  
Ninth Floor  
Miami, Florida 33134  
Tel.: (305) 372-1800  
Fax: (305)372-3508  
Email: bwidlanski@kttlaw.com

*Attorneys for Plaintiff*  
*County of Albany, New York*

Dated: Chicago, Illinois  
April 11, 2023

**PHILLIPS LYTLE LLP**

By: */s/ Peter A. Bellacosa*  
Peter A. Bellacosa (Bar No. 511186)  
Omni Plaza  
30 South Pearl Street  
Albany, NY 12207-1537  
Tel: (518) 618-1223  
Fax: (518) 472-1227  
Email: pbellacosa@phillipslytle.com

James F. Hurst, P.C. (admitted PHV)  
Andrew A. Kassof, P.C.  
 (Bar Roll No. 704030)  
Diana M. Watral, P.C. (admitted PHV)  
Ryan J. Moorman (admitted PHV)  
Jason A. Feld (admitted PHV)  
**KIRKLAND & ELLIS LLP**  
300 North LaSalle  
Chicago, IL 60654  
Telephone: +1 312 862 2000  
Facsimile: +1 312 862 2200  
Email: james.hurst@kirkland.com  
Email: akassof@kirkland.com  
Email: diana.watral@kirkland.com

Dated: Menlo Park, California  
April 11, 2023

**DAVIS POLK & WARDWELL LLP**

By: */s/ Chui-Lai Cheung*  
Neal A. Potischman (Bar Roll No. 703970)  
1600 El Camino Real  
Menlo Park, California 94025  
Tel.: (650) 752-2000  
Fax: (650) 752-2111  
Email: neal.potischman@davispolk.com

Chui-Lai Cheung (Bar Roll No. 703971)  
450 Lexington Avenue  
New York, New York, 10017  
Tel: (212) 450-4000  
Fax: (212) 701-5800  
Email: chui-lai.cheung@davispolk.com

*Attorneys for Defendant*  
*Novo Nordisk Inc.*

Dated: New York, New York  
April 11, 2023

**JONES DAY**

By: */s/ Aaron M. Healey*  
Aaron M. Healey (Bar Roll No. 703979)  
250 Vesey Street  
New York, NY 10281-1047  
Tel.: (212) 326-3939  
Fax: (212) 755-7306  
Email: ahealey@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

Email: ryan.moorman@kirkland.com
Email: jason.feld@kirkland.com

*Attorneys for Eli Lilly and Company*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-17-2023

3